UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SIMO HOLDINGS INC., et al., <br><br> Defendants. | Case No. 18-cv-05031-EMC <br><br> **ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO SEAL AND GRANTING PLAINTIFFS' MOTION TO SEAL** <br><br> Docket Nos. 29, 35 |

The parties have filed motions related to the sealing of certain exhibits attached to the Davis reply declaration. Having reviewed the motions, the Court hereby grants the motions to the extent they ask for the sealing of Exhibits D, E, H, and O. In so ruling, the Court makes no decision as to whether any information contained therein is, in fact, a trade secret.

The Court denies Defendants' motion to the extent it asks to seal Exhibit F (excerpts of the Wang deposition). Defendants are ordered to publicly file Exhibit F within three days of the date of this order.

This order disposes of Docket Nos. 29 and 35.

**IT IS SO ORDERED**.

Dated: January 9, 2019

EDWARD M. CHEN
United States District Judge