UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SIMO HOLDINGS INC., et al., <br><br> Defendants. | Case No. 18-cv-05031-EMC <br><br> **ORDER GRANTING IN PART DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL; AND GRANTING PLAINTIFFS' MOTION TO FILE UNDER SEAL** <br><br> Docket Nos. 71, 73 |

Defendants have moved to file under seal certain portions of their second amended answer and counterclaims under seal, as well as certain exhibits attached thereto. Both Defendants and Plaintiffs claim confidentiality with respect to the bulk of the information at issue (although Plaintiffs dispute that any of the information constitutes or includes Defendants' trade secrets). For Exhibits D, E, and P, which implicate only Plaintiffs' interest in confidentiality, Plaintiffs explain – in their own motion to file under seal – that the exhibits in their entirety need not be filed under seal; rather, only portions thereof are in need of sealing.

Having reviewed the parties' motions and accompanying submissions, the Court hereby **GRANTS** in part Defendants' motion to file under seal and **GRANTS** Plaintiffs' motion. Defendants' motion is granted in part simply to reflect that, for Exhibits D, E, and P, only portions of the documents need be filed under seal, and not the documents in their entirety. Except for this

///
///
///
///

limitation, Defendants' motion to file under seal is granted in full. The Court's ruling herein does not address the merits of any claim that information constitutes or includes a trade secret.

This order disposes of Docket Nos. 71 and 73.

**IT IS SO ORDERED**.

Dated: June 28, 2019

_____
EDWARD M. CHEN
United States District Judge