# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** November 14, 0209    **Time:** 1:53-2:26 = 33 Minutes    **Judge:** EDWARD M. CHEN

**Case No.:** 18-cv-05031-EMC    **Case Name:** Hong Kong uCloudlink Network Technology Limited v. SIMO Holdings Inc.

**Attorneys for Plaintiff:** Edward Anderson, Seth Gerber
**Attorney for Defendant:** Benjamin Weed

**Deputy Clerk:** Angella Meuleman    **Court Reporter:** Marla Knox

## PROCEEDINGS

[90] Motion for Leave to File Third Amended Complaint - held.

## SUMMARY

Parties stated appearances and proffered argument.

Court granted motion for reasons as stated on the record.

Court further instructed the parties to meet and confer to propose a mutually agreeable trial date for 2020.

Status Conference set 2/18/2020 at 2:30 PM. Joint Status Report due 2/11/2020.