Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
L. Howard Chen (SBN 257393)
howard.chen@klgates.com
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA  94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Harold H. Davis (SBN 235552)
davish@gtlaw.com
**GREENBERG TRAURIG, LLP**
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Telephone: + 1 415 590 5100
Facsimile: + 1 415 707 2010

Yang Liu (SBN 319390)
liuyan@gtlaw.com
**GREENBERG TRAURIG, LLP**
1900 University Avenue
East Palo Alto, CA 94303
Telephone: + 1 650 328 8500
Facsimile: +1 650 328 8508

*Attorneys for Defendants and Counterclaimants*
*SIMO Holdings Inc. and Skyroam, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND UCLOUDLINK (AMERICA), LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> SIMO HOLDINGS INC. AND SKYROAM, INC., <br><br> Defendants. | Case No.: 18-cv-05031-EMC <br><br> **DEFENDANTS' NOTICE OF CHANGE OF LEAD COUNSEL** |

DEFENDANTS' NOTICE OF DESIGNATION OF LEAD COUNSEL – CASE NO. 18-CV-05031-EMC

## **NOTICE OF CHANGE OF LEAD COUNSEL**

Please take notice that Defendants SIMO Holdings, Inc. and Skyroam, Inc. hereby designate Benjamin E. Weed as their lead trial counsel in this action. Attorney Peter E. Soskin will continue to represent Defendants as local co-counsel.

Dated:   December 17, 2019         By:   /s/ Benjamin E. Weed

> Peter E. Soskin (SBN 280347)
> peter.soskin@klgates.com
> L. Howard Chen (SBN 257393)
> howard.chen@klgates.com
> **K&L GATES LLP**
> Four Embarcadero Center, Suite 1200
> San Francisco, CA  94111
> Telephone: +1 415 882 8200
> Facsimile: +1 415 882 8220
>
> Harold H. Davis (SBN 235552)
> davish@gtlaw.com
> **GREENBERG TRAURIG, LLP**
> Four Embarcadero Center, Suite 3000
> San Francisco, CA 94111
> Telephone: + 1 415 590 5100
> Facsimile: + 1 415 707 2010
>
> Yang Liu (SBN 319390)
> liuyan@gtlaw.com
> **GREENBERG TRAURIG, LLP**
> 1900 University Avenue
> East Palo Alto, CA 94303
> Telephone: + 1 650 328 8500
> Facsimile: +1 650 328 8508
>
> Benjamin E. Weed (*pro hac vice*)
> benjamin.weed@klgates.com
> Farris Matariyeh (*pro hac vice*)
> farris.matariyeh@klgates.com
> Gina Johnson (*pro hac vice*)
> gina.johnson@klgates.com
> **K&L GATES LLP**
> 70 W. Madison Street, Suite 3100
> Chicago, IL 60602
> Telephone: +1 312 372 1121
> Facsimile: +1 312 827 8000

1
2
                        Attorneys for Defendants and Counterclaimants
                        SIMO Holdings Inc., Skyroam, Inc., and
                        Shenzhen Skyroam Technology Co., Ltd.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFENDANTS' NOTICE OF DESIGNATION OF LEAD COUNSEL – CASE NO. 18-CV-05031-EMC