**MORGAN, LEWIS & BOCKIUS LLP**
Shaobin Zhu, Bar No. 257626
shaobin.zhu@morganlewis.com
Corey R. Houmand, Bar No. 268366
corey.houmand@morganlewis.com
1400 Page Mill Road
Palo Alto, CA 94304
Tel: +1.650.843.4000
Fax: +1.650.843.4001

Robert W. Busby (admitted *pro hac vice*)
robert.busby@morganlewis.com
Bradford A. Cangro (admitted *pro hac vice*)
bradford.cangro@morganlewis.com
Stephanie Roberts (admitted *pro hac vice*)
stephanie.roberts@morganlewis.com
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel: +1.202.739.3000
Fax: +1.202.739.3001

Seth M. Gerber, Bar No. 202813
seth.gerber@morganlewis.com
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
Tel: +1.310.907.1000
Fax: +1.310.907.1001

*Attorneys for Plaintiffs*
*Hong Kong uCloudlink Network Technology Limited*
*and UCloudlink (America), Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND UCLOUDLINK (AMERICA), LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMO HOLDINGS INC. AND SKYROAM, INC.,<br><br>Defendants. | Case No. 3:18-cv-05031-EMC<br><br>**UNOPPOSED ADMINISTRATIVE MOTION OF MORGAN LEWIS & BOCKIUS LLP TO WITHDRAW AS COUNSEL FOR PLAINTIFFS** |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB1/ 110449758.1

MOT. TO WITHDRAW AS COUNSEL;
CASE NO. 3:18-cv-05031-EMC

| | |
|---|---|
| 1 | Pursuant to Civil Local Rules 7-11 and 11-5(a), Morgan Lewis & Bockius LLP ("Morgan Lewis") hereby moves this Court for an order permitting it to withdraw as counsel for Plaintiffs Hong Kong uCloudlink Network Technology Limited and UCloudlink (America), Ltd. (collectively "uCloudlink"). The reason for this request is that Sheppard, Mullin, Richter and Hampton LLP ("Sheppard Mullin") now represents uCloudlink in this matter. Given the stage of this case and that Sheppard Mullin is already representing uCloudlink, Morgan Lewis's withdrawal will not have any impact on the present case schedule. Civil Local Rule 11-5(a) authorizes an attorney to withdraw as counsel of record if: (1) written notice has been given reasonably in advance to the client and all other parties in the action; and (2) the attorney obtains leave of Court. Civ. L.R. 11-5(a). Here, written notice has been provided to uCloudlink and to counsel for SIMO Holdings Inc. and Skyroam, Inc. (collectively "SIMO"), which indicated that SIMO does not oppose this motion. |

A proposed order permitting Morgan Lewis to withdraw as counsel for uCloudlink in this case is submitted herewith.

Dated: December 18, 2019                    Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP


By /s/ *Shaobin Zhu*
   Shaobin Zhu
   Attorneys for Plaintiffs
   Hong Kong uCloudlink Network
   Technology Limited and uCloudlink
   (America), Ltd.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

DB1/ 110449758.1

1

MOT. TO WITHDRAW AS COUNSEL;
CASE NO. 3:18-cv-05031-EMC