**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
  A Limited Liability Partnership
  Including Professional Corporations
EDWARD V. ANDERSON, Bar No. 83148
ALEX Y. NIE, Bar No. 257927
TREVOR J. QUIST, Bar No. 304416
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone: 650.815.2600
Facsimile: 650.815.2601
E mail: evanderson@sheppardmullin.com
        anie@sheppardmullin.com
        tquist@sheppardmullin.com

ROBERT M. MASTERS (*Pro Hac Vice*)
KEVIN A. RYAN (*Pro Hac Vice*)
2099 Pennsylvania Avenue, NW Ste. 100
Washington, D.C. 20006-6801
Telephone: 202.747.1900
Facsimile: 202.747.1901
E mail: rmasters@sheppardmullin.com
        karyan@sheppardmullin.com

*Attorneys for Plaintiffs*
*Hong Kong uCloudlink Network Technology Limited*
*and uCloudlink (America), Ltd*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND CLOUDLINK (AMERICA), LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SIMO HOLDINGS INC. AND SKYROAM, INC., <br><br> Defendants. | Case No. 3:18-CV-05031-EMC <br><br> **STIPULATION REGARDING SCHEDULE AND [PROPOSED] ORDER AS MODIFIED** |

**WHEREAS**, pursuant to the Court's instruction during the November 14, 2019 Hearing and as reflected in the Court's Minutes (D.I. #122), Plaintiffs Hong Kong uCloudlink Network Technology Limited and uCloudlink (America), Ltd. (collectively, "uCloudlink" or "Plaintiffs") and Defendants SIMO Holdings, Inc. and Skyroam, Inc. (collectively, "SIMO" or "Defendants") have met and conferred regarding a mutually agreeable case schedule allowing for trial to take place in 2020.

It is therefore **STIPULATED** and **AGREED**, subject to Court approval, that the deadlines for the below identified events will be as follows:

| Event | Proposed Dates |
|---|---|
| Joint Status Report Due | February 11, 2020 |
| Status Conference | February 18, 2020 |
| Technology Tutorial | February 18, 2020 |
| Claim Construction Hearing | March 10, 2020[1] |
| ~~Last Day to Disclose Advice of Counsel~~ | ~~30 days after Claim Construction Order~~ |
| ~~Close of Fact Discovery~~ | ~~77 days after Claim Construction Order~~ |
| ~~Opening Expert Reports~~ | ~~14 days after Close of Fact Discovery~~ |
| ~~Rebuttal Expert Reports~~ | ~~21 Days after Opening Expert Reports~~ |
| ~~Close of Expert Discovery~~ | ~~21 Days after Rebuttal Expert Reports~~ |
| ~~Deadline to File Dispositive Motions (Including *Daubert* Motions)~~ | ~~21 Days after Close of Expert Discovery~~ |
| ~~Deadline to File Oppositions to Dispositive Motions (Including *Daubert* Motions)~~ | ~~14 Days after Deadline to File Dispositive Motions~~ |
| ~~Deadline to File Replies in Support of Dispositive Motions (Including *Daubert* Motions)~~ | ~~7 Days after Oppositions to Dispositive Motions~~ |
| ~~Last Day to Hear Dispositive Motions~~ | ~~Court's Availability; No Less Than 14 Days After Deadline to File Replies in Support of Dispositive Motions~~ |

---

[1] The Claim Construction Hearing is currently scheduled for March 3, 2020. Counsel for uCloudlink contacted the Court's clerk on behalf of the parties, and confirmed the Court's availability to hold the Claim Construction Hearing on March 10, 2020.

| ~~Deadline to Serve Motions in Limine~~ | ~~32 days before the Pre-trial Conference~~ |
|---|---|
| ~~Deadline to Serve Oppositions to Motions in Limine~~ | ~~25 days before the Pre-trial Conference~~ |
| ~~Last day to File Motions in Limine/Oppositions with Court~~ | ~~21 days before the Pre-trial Conference~~ |
| ~~Joint Pre-trial Conference Statement~~ | ~~21 days before the Pre-trial Conference~~ |
| ~~Objections~~ | ~~10 days before the Pre-trial Conference~~ |
| ~~Pre-trial Conference~~ | ~~1-2 Tuesdays before Trial (Subject to the Court's Availability)~~ |
| ~~Trial~~ | ~~October or November 2020 (Subject to the Court's Availability)~~ |

IT IS SO STIPULATED.

///

///

///

Dated:  January 27, 2020

                                Respectfully submitted,

By:  */s/ Benjamin E. Weed*            By:   */s/ Robert M. Masters*

| | |
|---|---|
| PETER E. SOSKIN | EDWARD V. ANDERSON |
| L. HOWARD CHEN | ALEX Y. NIE |
| **K&L Gates LLP** | TREVOR J. QUIST |
| Four Embarcadero Center, Suite 1200 | **Sheppard, Mullin, Richter & Hampton LLP** |
| San Francisco, CA 94111 | 379 Lytton Avenue |
| | Palo Alto, California 94301 |
| HAROLD H. DAVIS | |
| **Greenberg Traurig, LLP** | ROBERT M. MASTERS |
| Four Embarcadero Center, Suite 3000 | KEVIN A. RYAN |
| San Francisco, CA 94111 | **Sheppard, Mullin, Richter & Hampton LLP** |
| YANG LIU | 2099 Pennsylvania Avenue, NW Ste. 100 |
| **Greenberg Traurig, LLP** | Washington, D.C. 20006-6801 |
| 1900 University Avenue | |
| East Palo Alto, CA 94303 | *Attorneys for Plaintiffs* |
| | *Hong Kong uCloudlink Network* |
| BENJAMIN E. WEED | *Technology Limited and uCloudlink* |
| FARRIS MATARIYEH | *(America), Ltd.* |
| GINA JOHNSON | |
| **K&L Gates LLP** | |
| 70 W. Madison Street, Suite 3100 | |
| Chicago, IL 60602 | |

*Attorneys for Defendants and Counterclaimants SIMO Holdings Inc., Skyroam, Inc., and Shenzhen Skyroam Technology Co., Ltd.*

Pursuant to the foregoing Stipulation,

IT IS SO ORDERED

Court will not set remaining dates at this time.

DATED: January 30, 2020          _____
                                          Hon. Edward M. Chen
                                          United States District Judge