UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> SIMO HOLDINGS INC., et al., <br><br>   Defendants. | Case No. 18-cv-05031-EMC <br><br> **ORDER DENYING DEFENDANT'S MOTION FOR LEAVE TO FILE MOTON FOR RECONSIDERATION** <br><br> Docket No. 155 |

SIMO has moved for leave to file a motion for reconsideration. SIMO seeks reconsideration with respect to the Court's prior order dismissing its trade secret misappropriation counterclaims with prejudice. SIMO wishes the Court to modify its order so that the dismissal would be without prejudice. This would permit SIMO to pursue its trade secret misappropriation causes of action in the Eastern District of Texas. Having considered the parties' briefs and accompanying submissions, the Court hereby **DENIES** SIMO leave to file a motion to reconsider.

Under the Civil Local Rules, a party may move for leave to file a motion to reconsider where "a material difference in fact . . . exists from that which was presented to the Court before entry of [its] order for which reconsideration is sought" – but only if, "in the exercise of reasonable diligence the party applying for reconsideration did not know such fact . . . at the time of the . . . order." Civ. L.R. 7-9(b)(1). Here, the "new facts" on which SIMO relies were publicly available at the time of the Court's order or could have been discovered with reasonable diligence.

///

///

1    In denying SIMO's motion, the Court does not express any opinion as to what effect this
2    ruling may have in the Texas lawsuit.
3    This order disposes of Docket No. 155.

5    **IT IS SO ORDERED**.

7    Dated: August 26, 2020

_____
EDWARD M. CHEN
United States District Judge