**SHEPPARD, MULLIN, RICHTER & HAMPTON** LLP
   A Limited Liability Partnership
   Including Professional Corporations
EDWARD V. ANDERSON, Bar No. 83148
ALEX Y. NIE, Bar No. 257927
TREVOR J. QUIST, Bar No. 304416
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone: 650.815.2600
Facsimile: 650.815.2601
E mail: evanderson@sheppardmullin.com
         anie@sheppardmullin.com
         tquist@sheppardmullin.com

ROBERT M. MASTERS (*Pro Hac Vice*)
KEVIN A. RYAN *(Pro Hac Vice)*
2099 Pennsylvania Avenue, NW Ste. 100
Washington, D.C. 20006-6801
Telephone: 202.747.1900
Facsimile: 202.747.1901
E mail:rmasters@sheppardmullin.com
         karyan@sheppardmullin.com

*Attorneys for Plaintiffs*
*Hong Kong uCloudlink Network Technology Limited*
*and uCloudlink (America), Ltd*.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND UCLOUDLINK (AMERICA), LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> SIMO HOLDINGS INC. AND SKYROAM, INC., <br><br> Defendants. | Case No.: 18-cv-05031-EMC <br><br> **JOINT MOTION AND STIPULATION FOR AN ORDER CHANGING TIME** |

-1-

Plaintiffs Hong Kong uCloudlink Network Technology Limited ("uCloudlink Hong Kong") and Ucloudlink (America), Ltd. ("uCloudlink America") (collectively "uCloudlink" or "Plaintiffs") and Defendants SIMO Holdings Inc. ("SIMO") and Skyroam, Inc. ("Skyroam") (collectively "Defendants") by and through their attorneys of record in this case, jointly stipulate to and move the Court, pursuant to Civil L.R. 6-2, for an order changing the date and time of the current hearing date on the parties' motions for summary judgment (the "Motions Hearing"), from June 25, 2021 at 10:30 A.M. to June 29, 2021 at 9:00 A.M. In support of this motion, the Parties state, declare, and stipulate as follows:

1. Pursuant to the Clerk's Notice on even date herewith, June 23, 2021, the date and time of the Motions Hearing was changed from June 24, 2021 at 1:30 P.M. to June 25, 2021 at 10:30 A.M. (EFC No. 261);

2. Because uCloudlink Recognized that the changed date and time reflected in the Notice would present a scheduling conflict with counsel set to present oral argument at the Motions Hearing, the Parties conferred with one another and communicated with the Court clerk to identify an alternative date and time to hold the Motions Hearing;

3. Following a request by uCloudlink about the Court's availability, the Court clerk informed the parties that it is available to hold the Motions Hearing on June 29, 2021 at 9:00 A.M. Pacific time.

4. The parties met and conferred after the Court clerk's response.  Defendants informed Plaintiffs that they have significant time sensitive obligations on June 29 and June 30, 2021. Nevertheless, because the parties believe that a hearing of one hour in length is sufficient to address the issues, and in the interest of finding a date that the Court is available and on which Counsel for all parties can attend, the parties have agreed as set forth below;

5. Pursuant to direction from the Court clerk, the parties hereby agree (subject to the approval of the Court) and stipulate to continue the Motions Hearing from June 25, 2021 at 10:30 A.M. to June 29, 2021 at 9:00 A.M. Pacific Time and, subject to the Court's needs, the Motions Hearing shall be no longer than one hour;

6.   The Parties agree and stipulate that the time modifications requested herein will have no adverse impact on any party, and that other than this extension, all other dates in the schedule should remain intact.

Accordingly, for all of the foregoing reasons, the Parties jointly stipulate to and move for a Court order changing the date and time of the Motions Hearing to June 29, 2021 at 9:00 A.M. as indicated in the attached proposed order.

1

2 Dated:  June 23, 2021

3                                                              Respectfully submitted,

4

5 By: */s/ Benjamin E. Weed*                    By:    */s/ Robert M. Masters*

6    PETER E. SOSKIN                                EDWARD V. ANDERSON
7    **K&L Gates LLP**                                ALEX Y. NIE
     Four Embarcadero Center, Suite 1200       TREVOR J. QUIST
8    San Francisco, CA 94111                       **Sheppard, Mullin, Richter & Hampton**
                                                                    **LLP**
9                                                               379 Lytton Avenue
10   HAROLD H. DAVIS                            Palo Alto, California 94301
     **Greenberg Traurig, LLP**
11   Four Embarcadero Center, Suite 3000       ROBERT M. MASTERS
     San Francisco, CA 94111                       KEVIN A. RYAN
12                                                               **Sheppard, Mullin, Richter & Hampton**
                                                                    **LLP**
13   YANG LIU                                          2099 Pennsylvania Avenue, NW Ste. 100
14   **Greenberg Traurig, LLP**                       Washington, D.C. 20006-6801
     1900 University Avenue
15   East Palo Alto, CA 94303

16                                                            *Attorneys for Plaintiffs*
                                                                  *Hong Kong uCloudlink Network*
17   BENJAMIN E. WEED                           *Technology Limited and uCloudlink*
     FARRIS MATARIYEH                          *(America), Ltd.*
18   GINA JOHNSON
     **K&L Gates LLP**
19   70 W. Madison Street, Suite 3100
20   Chicago, IL 60602

21   *Attorneys for Defendants and*
     *Counterclaimants*
22   *SIMO Holdings Inc., and*
     *Skyroam, Inc.*
23

24

25

26

27

28