# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND UCLOUDLINK (AMERICA), LTD., <br><br> Plaintiffs, <br><br> v. <br><br> SIMO HOLDINGS INC. AND SKYROAM, INC., <br><br> Defendants. | Case No. 3:18-CV-05031-EMC <br><br> [~~PROPOSED~~] ORDER GRANTING JOINT MOTION AND STIPULATION FOR AN ORDER CHANGING TIME <br><br> Judge:  Hon. Edward M. Chen |

1  The Court, having considered the Parties' Joint Motion and Stipulation for an Order
2  Changing Time, hereby GRANTS the same and continues the hearing date on the parties'
3  motions for summary judgment from June 25, 2021 at 10:30 A.M. to June 29, 2021 at 9:00
4  A.M. ~~Subject to the Court's needs on the date of the Motions Hearing, the hearing on these~~
5  ~~motions shall last no more than one hour.~~
6  IT IS SO ORDERED.

Dated: June 23, 2021

_____
Hon. Edward M. Chen
United States District Court Judge