OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** June 29, 2021  **Time:** 9:00 - 10:44=  **Judge:** EDWARD M. CHEN
                              1 Hour; 44 Minutes

**Case No.:** 18-cv-05031-EMC  **Case Name:** Hong Kong uCloudlink Network Technology Limited v. SIMO Holdings Inc.

**Attorneys for Plaintiff:** Robert Masters, Trevor Quist, Kevin Ryan
**Attorneys for Defendant:** Ben Weed, Peter Soskin

**Deputy Clerk:** Angella Meuleman   **Court Reporter:** Katherine Sullivan

### PROCEEDINGS HELD BY ZOOM WEBINAR

[231] Motion for Summary Judgment held;
[233] Motion for Summary Judgment held;
Status Conference held.

### SUMMARY

Parties stated appearances and proffered argument.

Court takes motion under submission.

Status Conference:

ADR: Court-sponsored mediator continues to check in with the parties from time to time and that is very much appreciated. Court **refers** parties to Magistrate Judge Settlement Conference, to be held within the next 60 days. Trial is set for 11/8/2021.

**Further Status Conference set 9/7/2021 at 2:30PM. Joint Status Report due 8/31/2021**.