Peter E. Soskin (SBN 280347)
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
peter.soskin@klgates.com
Tel: 415.882.8200
Fax: 415.882.8220

Benjamin E. Weed (Admitted *Pro Hac Vice*)
Gina A. Johnson (Admitted *Pro Hac Vice*)
Farris S. Matariyeh (Admitted *Pro Hac Vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3100
Chicago, IL 60602
benjamin.weed@klgates.com
gina.johnson@klgates.com
farris.matariyeh@klgates.com
Tel: 312.372.1121
Fax: 312.827.8000

Jeffrey C. Johnson (admitted *Pro Hac Vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1154
jeff.johnson@klgates.com
Tel: 206.623.7580
Fax: 206.623.7022

Attorneys for Defendants and Counterclaimants
SIMO Holdings Inc. and Skyroam, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND UCLOUDLINK (AMERICA), LTD., <br><br> Plaintiffs, <br><br> vs. <br><br> SIMO HOLDINGS INC. AND SKYROAM, INC., <br><br> Defendants. | Case No.: 18-cv-05031-EMC <br><br> **DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW HOWARD CHEN AS COUNSEL** |

Pursuant to Local Rule 11-5, Defendants and Counterclaimants SIMO Holdings Inc. and Skyroam, Inc. (collectively, "Defendants") hereby move to withdraw Howard Chen as counsel of record and terminate CM/ECF notices to Mr. Chen concerning this case.  K&L Gates LLP remains as counsel of record for Defendants.

Plaintiffs and Counter-defendants Hong Kong uCloudlink Network Technology Limited and UCloudlink (America), Ltd. ("uCloudlink") do not oppose this Motion to Withdraw.  Written notice has been given reasonably in advance to uCloudlink and to all other parties who have appeared in this case.  This motion to withdraw is not sought for the purpose of delay or any other improper purpose.

Dated:   July 9, 2021                                       Respectfully Submitted,


By:   /s/ Peter E. Soskin

Peter E. Soskin
**K&L Gates LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
peter.soskin@klgates.com
Tel: 415.882.8200
Fax: 415.882.8220

Benjamin E. Weed
Gina A. Johnson
Farris S. Matariyeh
**K&L Gates LLP**
70 W. Madison Street
Suite 3100
Chicago, IL 60602
benjamin.weed@klgates.com
gina.johnson@klgates.com
farris.matariyeh@klgates.com
Tel: 312.372.1121
Fax: 312.827.8000

Jeffrey C. Johnson
**K&L Gates LLP**
925 Fourth Avenue, Suite 2900

2

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW HOWARD CHEN AS COUNSEL**
**CASE NO. 18-CV-05031-EMC**

1
2   Seattle, WA 98104-1154
    jeff.johnson@klgates.com
3   Tel: 206.623.7580
    Fax: 206.623.7022
4
    **Attorneys for Defendants and Counterclaimants SIMO Holdings Inc. and Skyroam, Inc.**
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW HOWARD CHEN AS COUNSEL**
**CASE NO. 18-CV-05031-EMC**