Howard Chen (SBN 257393)
chenh@gtlaw.com
Harold H. Davis, Jr. (SBN 235552)
davish@gtlaw.com
Yang Liu (SBN 319390)
liuyan@gtlaw.com
**GREENBERG TRAURIG, LLP**
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111
Tel: 415.655.1300

Attorneys for Defendants and Counterclaimants
SIMO Holdings Inc. and Skyroam, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND UCLOUDLINK (AMERICA), LTD.,<br><br>Plaintiffs,<br><br>vs.<br><br>SIMO HOLDINGS INC. AND SKYROAM, INC.,<br><br>Defendants. | Case No.: 18-cv-05031(EMC)<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND COUNTERCLAIMANTS SIMO HOLDINGS, INC. AND SKYROAM, INC.** |

PLEASE TAKE NOTICE that Defendants SIMO Holdings Inc. and Skyroam, Inc. (together "Skyroam") have retained the law firm of Greenberg Traurig, LLP ("Greenberg Traurig") to substitute as counsel for K&L Gates, LLP in the above-captioned matter.

Withdrawing counsel for in this action are as follows:

Peter E. Soskin (SBN 280347)
**K&L GATES LLP**
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
peter.soskin@klgates.com
Tel: 415 882 8200
Fax: 415 882 8220

Benjamin E. Weed (Admitted *Pro Hac Vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3100
Chicago, IL 60602
benjamin.weed@klgates.com
gina.johnson@klgates.com
farris.matariyeh@klgates.com
Tel: 312.372.1121
Fax: 312.827.8000

Gina A. Johnson (Admitted *Pro Hac Vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3100
Chicago, IL 60602
benjamin.weed@klgates.com
gina.johnson@klgates.com
farris.matariyeh@klgates.com
Tel: 312.372.1121
Fax: 312.827.8000

Farris S. Matariyeh (Admitted *Pro Hac Vice*)
**K&L GATES LLP**
70 W. Madison Street, Suite 3100
Chicago, IL 60602
benjamin.weed@klgates.com
gina.johnson@klgates.com
farris.matariyeh@klgates.com
Tel: 312.372.1121
Fax: 312.827.8000

Jeffrey C. Johnson (admitted *Pro Hac Vice*)
**K&L GATES LLP**
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1154
jeff.johnson@klgates.com
Tel: 206.623.7580
Fax: 206.623.7022

1                                                                                                         Case No.: 18-CV-05031
NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANTS AND
COUNTERCLAIMANTS SIMO HOLDINGS, INC. AND SKYROAM, INC.

504994084.1

All pleadings, orders, and notices should henceforth be served upon the substituted counsel for Defendants SIMO Holdings, Inc., and Skyroam, Inc.:

> Harold H. Davis, Jr. (SBN 235552)
> **GREENBERG TRAURIG, LLP**
> Four Embarcadero Center, Suite 3000
> San Francisco, CA 94111
> davish@gtlaw.com
> Tel: 415.655.1300
>
> Howard Chen (SBN 257393)
> **GREENBERG TRAURIG, LLP**
> Four Embarcadero Center, Suite 3000
> San Francisco, CA 94111
> chenh@gtlaw.com
> Tel: 415.655.1300
>
> Yang Liu (SBN 319390)
> **GREENBERG TRAURIG, LLP**
> Four Embarcadero Center, Suite 3000
> San Francisco, CA 94111
> liuyan@gtlaw.com
> Tel: 415.655.1300

The undersigned parties consent to the above withdrawal and substitution:

Dated: July 26, 2021                     SIMO Holdings, Inc.

                                         By: /s/ Jing Liu /s/
                                             Jing Liu, CEO

Dated: July 26, 2021                     Skyroam, Inc.

                                         By: /s/ Eric Palm /s/
                                             Eric Plam, President

Dated: July 26, 2021                     K&L Gates, LLP

                                         By: /s/ Benjamin Weed /s/
                                             Benjamin E. Weed, Esq.

Dated: July 26, 2021                                       Greenberg Traurig, LLP

                                                           By: __/s/ Harold Davis /s/_____
                                                                 Harold H. Davis, Esq.

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: July 26, 2021                                       Greenberg Traurig, LLP

                                                           By: _/s/ Harold Davis /s/_____
                                                                 Harold H. Davis, Esq.

   The Above withdrawal and substitution of counsel is approved and so ORDERED.

IT IS SO ORDERED

Dated: July 27, 2021
                                                           _____
                                                           Hon. Edward M. Chen
                                                           United States District Court Judge