SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
EDWARD V. ANDERSON, Cal. Bar No. 83148
ALEX Y. NIE, Cal. Bar No. 257927
TREVOR J. QUIST, Cal. Bar No. 304416
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:    650.815.2600
Facsimile:    650.815.2601
E mail        evanderson@sheppardmullin.com
              anie@sheppardmullin.com
              tquist@sheppardmullin.com

ROBERT M. MASTERS (Admitted *Pro Hac Vice*)
JONATHAN R. DEFOSSE (Admitted *Pro Hac Vice*)
KEVIN A. RYAN (Admitted *Pro Hac Vice*)
2099 Pennsylvania Avenue, NW Ste. 100
Washington, D.C. 20006-6801
Telephone:    202.747.1900
Facsimile:    202.747.1901
E mail        rmasters@sheppardmullin.com
              jdefosse@sheppardmullin.com
              karyan@sheppardmullin.com

*Attorneys for Plaintiffs*
*Hong Kong uCloudlink Network Technology Limited and uCloudlink (America), Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND UCLOUDLINK (AMERICA), LTD.,<br><br>Plaintiffs,<br><br>v.<br><br>SIMO HOLDINGS INC. AND SKYROAM, INC.,<br><br>Defendants. | Case No. 3:18-CV-05031-EMC<br><br>**JOINT STIPULATION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT**<br><br>The Hon. Edward M. Chen |

Pursuant to Civil Local Rule 6-2(a)(1)-(3), Plaintiffs Hong Kong uCloudlink Network Technology Ltd. and uCloudlink (America), Ltd. (collectively, "uCloudlink") and Defendants SIMO Holdings, Inc. and Skyroam, Inc. (collectively, "Skyroam") hereby submit this Joint Stipulation to Stay All Deadlines and Notice of Settlement and respectfully represent and stipulate as follows:

(1) uCloudlink and Skyroam participated in a settlement conference before the Honorable Judge Jacqueline Corley on July 27, 2021. Further settlement discussions were held on July 30, 2021. Pursuant to these discussions, uCloudlink and Skyroam reached a settlement in principle resolving all matters presently in controversy between the parties, including those in the above-referenced action. uCloudlink and Skryoam are in the process of drafting and finalizing the settlement papers, and submit that the Court's and the parties' resources would be best served by a stay of all unreached deadlines for a period of thirty (30) days so that the settlement in principle may be finalized and appropriate dismissal papers thereafter filed with the Court.

(2) Previous time modifications in the above-referenced action – whether by stipulation, motion or Court order – include those reflected in the following docket entries: Dkt. Nos. 39, 51, 52, 62, 63, 64, 65, 77, 78, 94, 112, 129, 130, 132, 133, 157, 159, 181, 182, 199, 213, 214, 217, 218, 223, 224, 225, 226, 227, 228, 236, 261, 263, 264, 289.

(3) The requested time modification is anticipated to eliminate the currently remaining dates on the Court's calendar for the above-referenced matter, including the dates for the pre-trial conference (October 18, 2021), jury selection (November 8, 2021), and jury trial (November 9-15, 2021).

WHEREFORE, uCloudlink and Skyroam request that the Court grant this Joint Stipulation to Stay all Deadlines and Notice of Settlement and enter an Order granting a temporary stay of all upcoming deadlines for a period of thirty (30) days.

Dated: August 3, 2021

Respectfully submitted,

By: */s/ Harold H. Davis*          By:   */s/ Robert M. Masters*

| HAROLD H. DAVIS | EDWARD V. ANDERSON |
| HOWARD CHEN | ALEX Y. NIE |
| YANG LIU | TREVOR J. QUIST |

**Greenberg Traurig, LLP**
Four Embarcadero Center, Suite 3000
San Francisco, CA 94111

**Sheppard, Mullin, Richter & Hampton LLP**
379 Lytton Avenue
Palo Alto, California 94301

*Attorneys for Defendants and Counterclaimants*
*SIMO Holdings Inc., and Skyroam, Inc.*

ROBERT M. MASTERS
JONATHAN R. DEFOSSE
KEVIN A. RYAN

**Sheppard, Mullin, Richter & Hampton LLP**
2099 Pennsylvania Avenue, NW Ste. 100
Washington, D.C. 20006-6801

*Attorneys for Plaintiffs*
*Hong Kong uCloudlink Network Technology Limited and uCloudlink (America), Ltd.*

## E-FILING ATTESTATION

Pursuant to Civil Local Rule 5.1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

By: */s/ Robert M. Masters*

Dated: August 3, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2021, pursuant to Local Rule 5-1 and Federal Rule of Civil Procedure 5(b), that the foregoing document was filed electronically with the Clerk of Court using the CM/ECF and served upon counsel of record.

By: */s/ Melissa R. Patrick*

Dated: August 3, 2021