SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
EDWARD V. ANDERSON, Cal. Bar No. 83148
ALEX Y. NIE, Cal. Bar No. 257927
TREVOR J. QUIST, Cal. Bar No. 304416
379 Lytton Avenue
Palo Alto, California 94301-1479
Telephone:   650.815.2600
Facsimile:    650.815.2601
E mail         evanderson@sheppardmullin.com
                   anie@sheppardmullin.com
                   tquist@sheppardmullin.com

ROBERT M. MASTERS (Admitted *Pro Hac Vice*)
JONATHAN R. DEFOSSE (Admitted *Pro Hac Vice*)
KEVIN A. RYAN (Admitted *Pro Hac Vice*)
2099 Pennsylvania Avenue, NW Ste. 100
Washington, D.C. 20006-6801
Telephone:   202.747.1900
Facsimile:    202.747.1901
E mail         rmasters@sheppardmullin.com
                   jdefosse@sheppardmullin.com
                   karyan@sheppardmullin.com

*Attorneys for Plaintiffs*
*Hong Kong uCloudlink Network Technology Limited and uCloudlink (America), Ltd.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONG KONG UCLOUDLINK NETWORK TECHNOLOGY LIMITED AND UCLOUDLINK (AMERICA), LTD., <br><br>         Plaintiffs, <br><br>    v. <br><br> SIMO HOLDINGS INC. AND SKYROAM, INC., <br><br>         Defendants. | Case No. 3:18-CV-05031-EMC <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> The Hon. Edward M. Chen |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Hong Kong uCloudlink Network Technology Ltd. and uCloudlink (America), Ltd. and Defendants SIMO Holdings, Inc. and Skyroam, Inc. (collectively, "the Parties") hereby submit this Joint Stipulation of Dismissal and, subject to approval by the Court, stipulate that all claims and counterclaims asserted in this case be dismissed with prejudice. The Parties represent that they and their respective affiliates have resolved all issues in this case by settlement agreement dated August 30, 2021.  The Parties shall each bear their own attorneys' fees, expenses, and costs.

**Dated:**  September 2, 2021

Respectfully submitted,

| | |
|---|---|
| By:   /s/ Harold H. Davis | By:   /s/ Robert M. Masters |
| HAROLD H. DAVIS<br>HOWARD CHEN<br>YANG LIU<br>**Greenberg Traurig, LLP**<br>Four Embarcadero Center, Suite 3000<br>San Francisco, CA 94111<br><br>*Attorneys for Defendants and Counterclaimants*<br>*SIMO Holdings Inc., and Skyroam, Inc.* | EDWARD V. ANDERSON<br>ALEX Y. NIE<br>TREVOR J. QUIST<br>**Sheppard, Mullin, Richter & Hampton LLP**<br>379 Lytton Avenue<br>Palo Alto, California 94301<br><br>ROBERT M. MASTERS<br>KEVIN A. RYAN<br>**Sheppard, Mullin, Richter & Hampton LLP**<br>2099 Pennsylvania Avenue, NW Ste. 100<br>Washington, D.C. 20006-6801<br><br>*Attorneys for Plaintiffs*<br>*Hong Kong uCloudlink Network Technology Limited and uCloudlink (America), Ltd.* |